# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

GEOFFREY E. MOSELEY,

    Petitioner,

v.                                                      CASE NO. 5:05cv115-RH/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER DENYING § 2254 PETITION

      This matter is before the court on the magistrate judge's report and recommendation (document 24), to which no objections have been filed. I conclude that the report and recommendation is correct and should be adopted as the opinion of the court with this additional note.

      Petitioner failed to exhaust his state remedies with respect to the claim that his due process rights were violated when he was afforded too little time to prepare for amended charges of violating his conditions of community control. The claim appears unfounded on the merits, but that does not matter, because the claim has not been exhausted and thus cannot properly be addressed here absent a showing of either cause and prejudice or a likelihood that the violation has probably resulted in

the conviction of an innocent person.  As set forth in the report and recommendation, petitioner has not shown cause and prejudice.  Nor has he shown that any denial of due process probably resulted in petitioner's conviction despite his innocence of the alleged violation of his conditions of community control.  To the contrary, the record demonstrates that petitioner was probably guilty, not only of the violations as initially alleged (with respect to which there was plainly no denial of due process), but also of the amended charges.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction in the Circuit Court, Fourteenth Judicial Circuit, Bay County, Florida, case number 02-1258, for lewd and lascivious conduct with a child, and the subsequent judgment as a consequence of violation of community control, is DENIED with prejudice." The clerk shall close the file.

SO ORDERED this 11th day of February, 2007.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge